IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL CLYBURN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-05036-CV-SW-DW |
| JOPLIN R-VIII SCHOOL DISTRICT, | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is the Plaintiff Michael Clyburn's motion for voluntary dismissal with prejudice (Doc. 20). <u>See</u> Fed. R. Civ. P. 41(a). The Court hereby GRANTS Clyburn's motion (Doc. 20), and ORDERS this case is DISMISSED WITH PREJUDICE. The Clerk of Court shall mark this case as closed.

SO ORDERED.

<u>/s/ DEAN WHIPPLE</u>
Dean Whipple
United States District Judge

Date: <u>November 22, 2005</u>